IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **CLARENCE DEES,** )<br>    ) <br>    Plaintiff, ) <br>    )<br>    v. ) <br>    )<br>**KARLA JONES, Warden,** ) <br>**et al.,** ) <br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:17cv535-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that the defendant correctional officials failed to protect him from an attack by another inmate, that one of the defendants used excessive force on him while breaking up the fight, that the defendant medical personnel were deliberately indifferent to his medical needs after the attack, and that certain defendants conspired against him to deprive him of access to the inmate grievance process. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge

that defendants' motion for summary judgment should be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of October, 2020.

                                           /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**